IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZVIAD BUTSKHRIKIDZE,** *Petitioner,* <br><br> v. <br><br> **JAMAL L. JAMISON,** *in his official capacity as the Warden of the Philadelphia Federal Detention Center*; **MICHAEL T. ROSE,** *Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigrations and Customs Enforcement,* *Respondents.* | **Civil No. 26-730** |

# ORDER

**AND NOW**, this 12th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Zviad Butskhrikidze, and the response thereto, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** for the reasons stated in a memorandum to follow.

2. Butskhrikidze is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government shall **RELEASE** Butskhrikidze from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on February 13, 2026.

4. The Government is temporarily enjoined from re-detaining Butskhrikidze for seven days following his release from custody.

5. If the Government chooses to pursue re-detention of Butskhrikidze after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a

2

neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge

2